PS-8
8/88

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Gabriel Meeks                                Docket No. 7:12-CR-56-1 F

### Petition for Action on Conditions of Pretrial Release

COMES NOW Thomas E. Sheppard, probation officer of the court, presenting an official report upon the conduct of defendant, Gabriel Meeks, who appeared before the Honorable James C. Fox, Senior U.S. District Judge for initial appearance and arraignment on the 6th day of August, 2012, and was placed under pretrial release supervision under the following conditions:

- Execute a bail bond with solvent sureties in the amount of $10,000.00.

- Surrender any passport.

- Abide by the following restrictions on personal association, place of abode, or travel: within the State of North Carolina.

- Refrain from possessing a firearm, destructive device, or other dangerous weapons.

- Refrain from any use of alcohol.

- Submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which are required as a condition of release.

- Notify defense counsel and U.S. Attorney's Office prior to any change of address.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant submitted a urine specimen on August 29, 2012, which tested positive for opiates. The defendant signed an admission to using a prohibited controlled substance. We have discussed modifications of the conditions of release with defense counsel, who voiced no objections, and the defendant has signed a waiver agreeing to the addition of the following conditions.

Gabriel Meeks
Docket No. 7:12-CR-56-1F
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** the following additional conditions of release:

- The defendant must report to the pretrial services officer as directed.

- The defendant must refrain from use of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

- The defendant must participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/Thomas E. Sheppard |
| Robert L. Thornton | Thomas E. Sheppard |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: September 5, 2012 |

**ORDER OF COURT**

Considered and ordered this 7th day of September, 2012, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge