# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

## CRIMINAL DOCKET NUMBER 7:12-CR-56-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | **ORDER ON MOTION TO SEAL** |
| GABRIEL MEEKS, | |
| Defendant. | |

THIS MATTER is before the Court on Defendant's Motion to Seal Defendant's Objections to the Presentence Investigation Report and Sentencing Memorandum. Upon this Court's consideration of the facts set forth in this Motion this Court hereby finds the following:

1. That there is a compelling need to seal this document that overcomes the common law or First Amendment presumption to access;
2. That the specific qualities of material at issue justify sealing such material, when taking into account the balance of competing interest in access;
3. That there are no adequate alternatives to sealing; and
4. That Defense Counsel sought consent from opposing counsel.

THEREFORE, based on the above findings of fact, this Court hereby GRANTS Defendant's Motion to Seal and orders that the Defendant's Objections to the Presentence Investigation Report and Sentencing Memorandum be sealed and available

only to this Court, the United States Attorney's Office and Defense Counsel, unless otherwise ordered by this Court.

**SO ORDERED.**  Signed:

This the 1T day of February, 2013

*James C. Fox*

The Honorable James C. Fox
Senior United States District Court Judge

Page 2 of 2