# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Gabriel Meeks | )<br>)<br>)<br>)  Case No: 7:12-CR-56-1F<br>)<br>)  USM No: 56581-056 |
| Date of Original Judgment: February 20, 2013<br>Date of Previous Amended Judgment: November 7, 2013<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)  Robert Bell<br>    *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☐DENIED.  ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____8_____ months **is reduced to** _____4 months*_____

*On Count 1. Count 2 remains unchanged at 60 months, consecutive.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated February 20, 2013 and November 7, 2013 shall remain in effect. **IT IS SO ORDERED.**

Order Date:  12/30/14

                                      *James C. Fox*
                                              *Judge's signature*

Effective Date: November 1, 2015          James C. Fox, Senior U.S. District Judge
        *(if different from order date)*                                 *Printed name and title*